## MEMORANDUM DECISIONS.

AUTOMATIC TEL. EXCH. CO., Limited, v. STROWGER AUTOMATIC TEL. EXCH. (Circuit Court of Appeals, Seventh Circuit. June 13, 1899.) No. 601. Dismissed per stipulation of counsel.

BOARD OF COM'RS OF LAKE COUNTY, COLO., v. DUDLEY. (Circuit Court of Appeals, Eighth Circuit. May 1, 1899.) No. 1,186. In Error to the Circuit Court of the United States for the District of Colorado. George R. Elder, C. S. Thomas, W. H. Bryant, and H. H. Lee, for plaintiff in error. T. M. Patterson, E. F. Richardson, H. N. Hawkins, and H. B. Johnson, for defendant in error. No opinion. Reversed, with costs, on authority of decision of the supreme court in Board v. Dudley (No. 177, Oct. Term, 1898) 19 Sup. Ct. 398, and cause remanded to the circuit court for proceedings in accordance with the opinion of the supreme court. See 26 C. C. A. 82, 80 Fed. 672.